UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V

    No.  2:19-cr-20389
    Hon. Nancy Edmunds

FRANK MANNI, JR.,

    Defendant.
_____/

## APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

The undersigned hereby appears as the Defendant's post-conviction counsel.  Counsel is retained.

Respectfully submitted,

/s/Stuart G. Friedman

_____
STUART G. FRIEDMAN (P46039)
Attorney for Defendant
26777 Central Park Blvd, Suite 300
Southfield, MI 48076
(248) 228-3322

DATED:  November 2, 2021

## **CERTIFICATE OF SERVICE**

A copy of this document was this day served on counsel of record through the Court's ECF filing system.

Respectfully submitted,

/s/Stuart G. Friedman

_____
STUART G. FRIEDMAN (P46039)
Attorney for Defendant
26777 Central Park Blvd, Suite 300
Southfield, MI 48076
(248) 228-3322

DATED: November 2, 2021