UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                  Case No. 19-20389-01

v.                                                Honorable Nancy G. Edmunds

FRANK MANNI, JR., D-1,

      Defendant.
_____/

**ORDER**

      Defendant Frank Manni, Jr. pled guilty to one count of transporting stolen goods in violation of 18 U.S.C. § 2314 and was sentenced by this Court to 40 months imprisonment to be followed by three years of supervised release. (ECF No. 98.) Defendant requested at his sentencing that he be allowed to self-surrender after December 25, and the Court granted that request. (*Id.*) His self-surrender date was further extended to January 25, 2022 through stipulation of the parties. (ECF No. 104.) On January 14, 2022, Defendant moved to extend his self-surrender date once again and requested an evidentiary hearing. (ECF No. 105.) The Court granted his request in part and extended his self-surrender date to April 14, 2022 noting "NO FURTHER EXTENSION WILL BE GRANTED." (ECF No. 107.) Approximately 36 hours before Defendant was due to report to FCI Milan, he filed the present motion in which he asks the Court to consider his medical conditions, hold an evidentiary hearing, and resentence him to home confinement. (ECF No. 109.) The Court is unaware of any legal authority that would allow it to grant Defendant's request if it were inclined to do so, which it is not. Accordingly,

Defendant's Motion for Resentencing and Request for Hearing is **DENIED**. **The Court recommends that the Bureau of Prisons designate Defendant to a facility with a medical component, such as FCI Butner, due to Defendant's medical concerns.**

**SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: April 13, 2022


I hereby certify that a copy of the foregoing document was served upon counsel of record on April 13, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager